MAY 30, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

EMIEL W. OWENS, JR., Appellant

NO. 14-12-00207-CV                    V.

JAMES E. MASON AND SHELLY GODFREY, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, James E. Mason and Shelly Godfrey, signed November 7, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Emiel W. Owens, Jr., to pay all costs incurred in this appeal. We further order this decision certified below for observance.